UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:10-MJ-1028-1RJ

| United States Of America | ) | |
| --- | --- | --- |
|  | ) | **JUDGMENT** |
| vs. | ) | |
|  | ) | |
| Stephanie A. Peterson | ) | |

On August 4, 2010, Stephanie A. Peterson appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired, in violation of N.C.G.S. 20-138.1 as assimilated by 18 U.S.C. § 13, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on October 15, 2014, the court finds as a fact that Stephanie A. Peterson, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
2. Failure to perform community service.
3. Failure to pay a monetary obligation.
4. The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for CREDIT FOR TIME SERVED.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 15th day of October, 2014.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge